AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 OCT 27 PM 12: 36
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
U.S. Postal Service Priority Mail parcel 9505 5105 ) Case No. 2:21-mj-634
5598 1271 8171 96 addressed to "Elienid Gonzalez, )
137 Kerry Park Circle, Delaware, Ohio 43015" )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____10/17/2021____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Chelsey M. Vascura, United States Magistrate Judge____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ____10/3/2021 at 5:06pm____    _____[signature]_____
                                                      Chelsey M. Vascura *Judge's signature*
                                                      United States Magistrate Judge
City and state: ____Columbus, OH____                  Chelsey M. Vascura, United States Magistrate Judge
                                                      *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-MJ-634 | Date and time warrant executed: October 3, 2021 5:30PM | Copy of warrant and inventory left with: NA - Parcel Search Warrant |

Inventory made in the presence of :
Delaware County Drug Task Force TFO Chuck Gannon - No Inventory Made

Inventory of the property taken and name(s) of any person(s) seized:

Upon search, the package did not appear to contain any contraband. No property or items were seized.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10.19.2021

*Dominic Francis*
*Executing officer's signature*

Dominic Francis - Special Agent - USPS OIG
*Printed name and title*